## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Bobby Ingram, ) | C/A No.: 9:14-cv-3927 DCN |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| John McCree; Willie Eagleton; John ) | |
| Tomarchico; Amy Smith; Gregory Schaller; ) | |
| Natasha Miles; and Bryan P. Stirling, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

On June 4, 2015, this court issued an Order adopting the Magistrate Judge's Report and Recommendation and dismissed this complaint with prejudice in accordance with Rule 41(b), Fed.R.Civ.P. On June 5, 2015, the Clerk of Court received a phone call from plaintiff stating he had just received the Report and Recommendation in the mail. In addition, he advised the Clerk of Court that the address on file is the correct address, and he was not aware of any reason why previous mailings had been returned to the court as undeliverable. Now therefore,

**IT IS HEREWITH ORDERED** that this court's Order filed on June 4, 2015, dismissing the complaint with prejudice is herewith **VACATED**, and this matter is herewith reinstated. Plaintiff shall have until **July 6, 2015** to file objections to the Magistrate Judge's Report and Recommendation.

**AND IT IS SO ORDERED.**

DAVID C. NORTON
United States District Judge

June 8, 2015
Charleston, South Carolina